AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br><br>Joshuwa Diaz<br>*Defendant(s)* | ) ) ) Case No.  3:24MJ __140__ (MEG)<br>) )<br>) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 2023 to the present__ in the county of __New Haven__ in the
_____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841 (a)(1) and 841(b)(1)(C) | Possession with intent to distribute controlled substances |
| Title 18, United States Code, Sections 922 (g) and 924(a) | Felon-in-possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit of Drug Enforcement Administration ("DEA") Task Force Officer Anthony Fasulo.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Anthony Fasulo, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __02/16/2024__

_____
*Judge's signature*

City and state: __New Haven, Connecticut__     Hon. Maria E. Garcia, U.S. Magistrate Judge
*Printed name and title*